UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROOKE VOLPE | : |
| | : |
| v. | : |
| | : |
| SAMUEL C. DROGO AND SAM DROGO | : |
| d/b/a SAM DROGO & SONS TRUCKING | :   AUGUST 20, 2020 |

### NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendants, Samuel C. Drogo and Sam Drogo d/b/a Sam Drogo & Sons Trucking, hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Middlesex at Middletown, for the following reasons:

1. The plaintiff commenced the instant action against the undersigned defendants, Samuel C. Drogo and Sam Drogo d/b/a Sam Drogo & Sons Trucking, by service of a Summons and Complaint dated July 29, 2020.  On August 7, 2020, service was made on the defendants by way of the Commissioner of Motor Vehicles of the State of Connecticut and certified mail.

2. The action was returned to Superior Court for the Judicial District of Middlesex at Middletown on August 17, 2020.

3. The above-described action is a civil action and is one which may be removed to the Court by the petitioner, defendants therein, pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1332 in that the plaintiff, Brooke Volpe, is a citizen of Connecticut, the defendant, Samuel C. Drogo, is a citizen of the State of New Jersey and the defendant, Sam Drogo d/b/a Sam Drogo & Sons Trucking, is a New Jersey corporation with its principal place of business in New Jersey.

4. The plaintiff's complaint Statement of Demand states that the legal interest or property in demand is greater than $15,000.00 exclusive of interest and costs. The plaintiff claims numerous injuries, some or all of which she claims may be permanent in nature. These injuries include post-concussion headaches, contusion of the right leg, disc bulge at level C2-3, posterior disc herniation at level C3-4, posterior disc herniation at level C4-5, disc bulge at level C5-6, disc bulge at level C5-6, disc bulge with central annular tear/fissure at level C6-7, permanent partial disability to the cervical, thoracic and lumbosacral spine, mental anguish, loss of sleep and nervous tension and severe shock to the nervous system. She additionally claims to have incurred expenses for medical care and treatment including diagnostic imaging and states she may incur additional expenses for medical treatment in the future. Because some or all of these injuries may be permanent in nature and because the plaintiff claims her ability to perform and enjoy her normal daily activities has been impaired due to this accident, the amount in controversy in this case is greater than $75,000.

5. Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendant as follows: (a) Summons; (b) Complaint; and (c) a statement of amount in demand.

6. The defendants deny all the plaintiff's allegations of damages and liability.

7. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the plaintiff and the defendants and the amount in controversy is greater than $75,000.

WHEREFORE, the petitioners pray that the above action now pending in Superior Court at 1 Court Street, Middletown, Connecticut, be removed therefrom to this Court.

DEFENDANTS,
SAMUEL C. DROGO AND SAM DROGO
d/b/a SAM DROGO & SONS TRUCKING

By /s/ Christopher M. Vossler
   Christopher M. Vossler
   ct00373
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1121
   Ph:  (860) 249-1361
   Fax:  (860) 249-7665
   E-mail: cvossler@hl-law.com

## **CERTIFICATION**

This is to certify that on August 20, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Gregory J. Sachs, Esquire
Law Office of Gregory J. Sachs
420 East Main Street
Bldg. 2, Suite 4
Branford, CT 06405

/s/ Christopher M. Vossler
Christopher M. Vossler

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov



See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 1 COURT STREET, MIDDLETOWN, CT 06457 | (860) 503-6400 | AUGUST 25, 2020 |

| ☒ Judicial District  ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) MIDDLETOWN | Case type code (See list on page 2) Major: V  Minor: 01 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| GREGORY J. SACHS, 420 EAST MAIN ST., BUILDING 2, SUITE 4, BRANFORD, CT 06405 | 405615 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (203) 483-1984 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to): gsachs1898@yahoo.com

Number of Plaintiffs: 1    Number of Defendants: 2    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: VOLPE, BROOKE  Address: 229 KILLINGWORTH TURNPIKE, CLINTON, CT 06413 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: DROGO, SAMUEL C., 102 EAST DELAWARE AVENUE, LANDISVILLE, NJ 08326 (Service upon  Address: Connecticut Commissioner of Motor Vehicles, 60 State St., Wethersfield, CT 06161 pursuant to CGS 52-62) | D-01 |
| Additional Defendant | Name: DROGO, SAM d/b/a SAM DROGO & SONS TRUCKING, 102 EAST DELAWARE AVENUE, LANDISVILLE,  Address: NJ 08326 (Service upon Connecticut Commissioner of Motor Vehicles, 60 State St., Wethersfield, CT 06161 | D-02 |
| Additional Defendant | Name: pursuant to CGS 52-62)  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left GREGORY J. SACHS | Date signed JULY 29, 2020 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)



## Instructions

1. *Type or print legibly; sign summons.*
2. *Prepare or photocopy a summons for each defendant.*
3. *Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.*
4. *After service has been made by a proper officer, file original papers and officer's return with the clerk of court.*
5. *Do not use this form for the following actions:*
    - *(a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)*
    - *(b) Summary Process actions*
    - *(c) Applications for change of name*
    - *(d) Probate appeals*
    - *(e) Administrative appeals*
    - *(f) Proceedings pertaining to arbitration*
    - *(g) Any actions or proceedings in which an attachment, garnishment or replevy is sought*
    - *(h) Entry and Detainer proceedings*
    - *(i) Housing Code Enforcement actions*

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | |
|---|---|
| RETURN DATE: AUGUST 25, 2020 | SUPERIOR COURT |
| BROOKE VOLPE | J.D. OF MIDDLESEX |
| V | AT MIDDLETOWN |
| SAMUEL C. DROGO, ET AL | JULY 29, 2020 |

## COMPLAINT

1. On or about August 24, 2018, I-95 (a/k/a Connecticut Turnpike) was a two lane public highway that passed through the Town of Old Lyme, CT.

2. On or about August 24, 2018, the plaintiff, Brooke Volpe, was a resident of Clinton, CT.

3. On or about August 24, 2018, the defendant, Samuel C. Drogo, was a resident of Landisville, NJ.

4. On or about August 24, 2018, the defendant, Sam Drogo d/b/a Sam Drogo & Sons Trucking, with a principal place of business in Landisville, NJ, operated an interstate trucking business and conducted such business in the State of Connecticut.

5. On or about August 24, 2018, the plaintiff, Brooke Volpe, was operating a 2016 Mercedes Benz, owned by and with the permission of JCP Auto Parts, Inc., and was traveling in the right lane north of Exit 70 on said I-95.

6. At said time and place, the defendant, Samuel C. Drogo, was operating a 1984 Peterbilt tractor trailer owned by and with the permission of Sam Drogo d/b/a Sam Drogo & Sons Trucking, in the right lane, also in a northbound direction on said I-95.

7. Suddenly and without warning a dumpster fell off the vehicle operated by the defendant, landing in the direct path of the plaintiff's vehicle, resulting in the plaintiff's vehicle striking the dumpster great force and violent impact, causing the injuries and damages set forth below.

8. Said collision and the resultant injuries and damages to the plaintiff were caused by the carelessness and negligence of the defendant, Samuel C. Drogo, in one or more of the following ways:

    a. he was inattentive and failed to keep a proper lookout for other vehicles on the roadway;

  b. he operated the vehicle owned by Sam Drogo d/b/a Sam Drogo & Sons Trucking at a greater rate of speed than the circumstances warranted in view of the conditions then and there existing;

  c. he failed to make timely and reasonable use and application of the brakes and braking systems on the motor vehicle in order to bring it to a stop, when in the exercise of reasonable care he should have been able to do so;

  d. he failed to keep the motor vehicle owned by Sam Drogo d/b/a Sam Drogo & Sons Trucking and the load he was hauling under proper and reasonable control and steer the course and movement of the vehicle so as to avoid dropping a portion of the load he was carrying;

  e. he failed to sound his horn or give any warning to the plaintiff of the dumpster falling from the vehicle;

  f. he operated the vehicle owned by Sam Drogo d/b/a Sam Drogo & Sons Trucking with an unsecured load in violation of §14-271(b) of the Connecticut General Statutes.

  9. As a result of the carelessness and negligence of the defendant, Samuel C. Drogo while operating the vehicle owned by Sam Drogo d/b/a Sam

Drogo & Sons Trucking, the plaintiff sustained the following serious injuries, some or all of which may be permanent:

a. musculoligamentous strain/sprain of the cervical spine;

b. musculoligamentous strain/sprain of the thoracic spine;

c. musculoligamentous strain/sprain of the lumbosacral spine;

d. post concussion headaches;

e. contusion of the right leg;

f. disc bulge at level C2-3;

g. posterior disc herniation at level C3-4;

h. posterior disc herniation at level C4-5;

I. disc bulge at level C5-6;

j. disc bulge with central annular tear/fissure at level C6-7;

k. permanent partial disability of the cervical spine;

l. permanent partial disability of the thoracic spine;

m. permanent partial disability of the lumbosacral spine;

o. great pain;

e. mental anguish, loss of sleep and nervous tension; and

      p.    severe shock to the nervous system

      10.    As a further result of the carelessness and negligence of the defendant, Samuel C. Drogo while operating the vehicle owned by the defendant, Sam Drogo d/b/a Sam Drogo & Sons Trucking, the plaintiff was caused to incur expenses for medical treatment, medication, x-rays, physiotherapy, medical supplies and related items and may be obliged to incur additional expenses of a similar nature in the future, all to her financial detriment.

      11.    As a further result of the carelessness and negligence of the defendant, Samuel C. Drogo while operating the vehicle owned by the defendant, Sam Drogo d/b/a Sam Drogo & Sons Trucking, the plaintiff's abilities to perform and enjoy her normal daily activities have been impaired and her quality of life in the future has been permanently damaged.

      12.    The defendant, Sam Drogo d/b/a Sam Drogo & Sons Trucking, is vicariously liable for the plaintiff's injuries and damages as a result of the carelessness and negligence of its agent, servant and/or employee, the defendant, Samuel C. Drogo.

WHEREFORE, the plaintiff claims:

1. Monetary damages within the jurisdiction of the Court;
2. Costs; and
3. Any other relief the Court may deem appropriate.

THE PLAINTIFF

BY _____
Gregory J. Sachs
420 E. Main Street
Building 2, Suite 4
Branford, CT 06405
Tel: (203) 483-1984
Fax: (203) 483-1944
Juris No.405615

RETURN DATE: AUGUST 25, 2020      SUPERIOR COURT

BROOKE VOLPE      J.D. OF MIDDLESEX

V      AT MIDDLETOWN

SAMUEL C. DROGO, ET AL      JULY 29, 2020

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is in excess of Fifteen Thousand Dollars ($15,000.00) or more, exclusive of interest and costs.

THE PLAINTIFF

BY _____
Gregory J. Sachs
420 E. Main Street
Building 2, Suite 4
Branford, CT 06405
Tel: (203) 483-1984
Fax: (203)-483-1944
Juris No. 405615

STATE OF CONNECTICUT}
                               } SS:   WETHERSFIELD,  AUGUST 7, 2020
COUNTY OF HARTFORD }

Then and by virtue hereof, on the **7th day of August 2020**, I made due and legal service on the within named Defendant, **SAMUEL C. DROGO.**, by leaving a verified true and attested copy of the original Writ, Summons, Complaint and Statement of Amount In Demand**, with and in the hands of the clerk in charge of the office of **Sibongile Magubane, Commissioner of Motor Vehicles** for the State of Connecticut. Said Commissioner of Motor Vehicles is the duly authorized Agent to accept service for said Defendant, at 60 State Street, in the Town of Wethersfield. (CGS 52-62)

Also, **7th day of August 2020**, I made due and legal service on the within named Defendant, **SAM DROGO DBA SAM DROGO & SONS TRUCKING, INC.,** by leaving a verified true and attested copy of the original Writ, Summons, Complaint and Statement of Amount In Demand**, with and in the hands of the clerk in charge of the office of **Sibongile Magubane, Commissioner of Motor Vehicles** for the State of Connecticut. Said Commissioner of Motor Vehicles is the duly authorized Agent to accept service for said Defendant, at 60 State Street, in the Town of Wethersfield. (CGS 52-62)

Also, **7th day of August 2020**, I deposited in the United States Post Office, postage paid and certified, return receipt requested, a verified true and attested copy of the within original Writ, Summons, Complaint and Statement of Amount In Demand, with my doings thereon endorsed, addressed to the within named Defendant, **SAMUEL C. DROGO**, 102 EAST DELAWARE AVENUE, LANDSVILLE, NJ 08328 (CGS 52-62)

Also, **7th day of August 2020**, I deposited in the United States Post Office, postage paid and certified, return receipt requested, a verified true and attested copy of the within original Writ, Summons, Complaint and Statement of Amount In Demand, with my doings thereon endorsed, addressed to the within named Defendant, **SAM DROGO DBA SAM DROGO & SONS TRUCKING, INC**, C/O THE SECRETARY, 102 EAST DELAWARE AVENUE, LANDSVILLE, NJ 08328 (CGS 52-62 & CGS 33-929)

### SUPPLEMENTAL RETURN TO FOLLOW

The within is the original **Writ, Summons, Complaint and Statement of Amount In Demand**, with my doings hereon endorsed.

FEES:

| | |
|---|---|
| Pages | $ 36.00 |
| Endorsements | 5.20 |
| Service | 60.00 |
| Travel | 9.80 |
| DMV | 40.00 |
| Postage | 14.20 |
| Total | $ 165.20 |

ATTEST:

ROLAND MAILLOUX
STATE MARSHAL
HARTFORD COUNTY